———— *ex dem.*

GIDEON CHAPIN

*vs.*

A. SCOTT.

Dec. adjourned term, 1789.

Ejectment for lands in Weathersfield.

It was objected that the plaintiff had proved a title to no more than three-fourths of the land in question; that, as he had demanded the whole, he had failed in his proof. But, by the Chief Justice, and agreed by the Court, in ejectments the plaintiff shall recover according to his right. If the whole be demanded, the Jury may find for a moiety, and it is good.

Chapin
vs.
Scott.

If plaintiff, in ejectment, demand the whole yet he may recover for a part.